

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-62,917-02

**EX PARTE JOE DAVID PADRON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR02004423-F(1) IN THE 214TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam. Yeary, J., filed a dissenting opinion joined by Schenck, P.J., and Finley, J.*

### O P I N I O N

A jury convicted Applicant of three counts of capital murder. It rejected the death penalty and assessed three concurrent terms of life in prison. The Thirteenth Court of Appeals affirmed the convictions. *Padron v. State*, No. 13-06-00464-CR (Tex. App.—Corpus Christi del. Aug. 14, 2008) (not designated for publication). Through habeas counsel, Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he should receive a new trial. The trial court held an evidentiary hearing. The parties and the trial court agree that habeas relief should be granted based on the State's unknowing use of materially false testimony at Applicant's trial. *See Ex parte Weinstein*, 421

S.W.3d 656 (Tex. Crim. App. 2014).

Relief is granted. The judgment in cause number 02-CR-4423-F in the 214th District Court of Nueces County is set aside. Applicant shall answer the charges as set out in the indictment. The trial court shall issue any necessary orders within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:      April 16, 2025
Publish